## **CERTIFICATE OF SERVICE**

I, Mary E. Augustine, Esquire, hereby certify that on the 3rd day of April, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## **VIA FIRST CLASS MAIL**

Marc B. Merklin, Esquire
Jessica E. Price, Esquire
*Brouse McDowell*
1001 Lakeside Avenue, Suite 1600
Cleveland, OH 44114

_____
Mary E. Augustine (No. 4477)